# EXHIBIT 14

Aliano v. Caputo, Docket No. 09-CV-0910,
United States District Court for the Northern District of Illinois, Eastern Division
*Exhibits to Defendant's Motion For Summary Judgment*

INTEGRATED STORE SYSTEMS, INC.
Post Office Box 481
913 S. Fourth St., Suite 205
Dekalb, IL
60115

# INVOICE

| INVOICE #: | 1-16236 |
| PAGE #: | 1 |

**BILL TO**

Joe Caputo & Son's Palatine
2070 Rand Road
Palatine, IL
600747

**SHIP TO**

Joe Caputo & Son's Palatine
2070 Rand Road
Palatine, IL
600747

| DATE | CUSTOMER I.D. | PURCHASE ORDER NO. | | TERMS | |
|---|---|---|---|---|---|
| 06-26-2007 | 84770572000 | | Net 30 | | |

| SALES REP. | SHIP DATE | SHIP VIA | SHIP TERMS | F.O.B. | |
|---|---|---|---|---|---|
| SALES 1 | 06-26-2007 | UPS | NET 30 | SHIPPER | |

| SKU CODE | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2485 | VERIFONE EVEREST+ STRK RS232 | 19 | EACH | 299.95 | 5,699.05 |
| 2487 | VERIFONE EVEREST+ POWER PACK | 19 | EACH | 8.99 | 170.81 |
| 2480 | VERIFONE EVEREST+ KEYBRD OLAY | 19 | EACH | 4.99 | 94.81 |
| 2484 | VERIFONE EVEREST+ RS232 CABLE | 19 | EACH | 47.97 | 949.81 |

JOE-A PER NAT. INJECTION
INVOICED SEPARATELY.

EXHIBIT
No. 6
3/17/0

| | |
|---|---|
| AMOUNT | 6,914.48 |
| DISCOUNT | 0.00 |
| SALES | 6,914.48 |
| SALES TAX | 518.59 |
| TOTAL | 7,433.07 |
| PAYMENTS RECEIVED | 0.00 |
| BALANCE DUE | 7,433.07 |

INTEGRATED STORE SYSTEMS, INC.
Post Office Box 481
913 S. Fourth St., Suite 203
Dekalb, IL
60115

# INVOICE

INVOICE #:  1-16373

PAGE #:  1

**BILL TO**

Joe Caputo & Son's Palatine
2070 Rand Road
Palatine, IL
600747

**SHIP TO**

Joe Caputo & Son's Palatine
2070 Rand Road
Palatine, IL
600747

| DATE | CUSTOMER I.D. | PURCHASE ORDER NO. | TERMS |
|---|---|---|---|
| 09-08-2007 | 8477057200 | | Net 30 |

| SALES REP | SHIP DATE | SHIP VIA | SHIP TERMS | F.O.B. |
|---|---|---|---|---|
| SALES 1 | 09-08-2007 | UPS | NET30 | SHIPPER |

| SKU CODE | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 230 | CUSTOM PROGRAMMING - ISS | 30 | HOUR | 150.00 | 4,500.00 |
| 1032 | HOURLY LABOR CHARGE | 1 | HOUR | 90.00 | 90.00 |
| | js-1420;rl+js conf call 30 min | | | | |
| 1032 | HOURLY LABOR CHARGE | 1 | HOUR | 90.00 | 90.00 |
| | RL/JS COMM WITH KARABIN RE LNS | | | | |
| 1032 | HOURLY LABOR CHARGE | 1 | HOUR | 90.00 | 90.00 |
| | MORE KARABIN AND DICK F. RE INT | | | | |
| 032 | HOURLY LABOR CHARGE | 1 | HOUR | 90.00 | 90.00 |
| | RL/JS W/ MILLEN. DIGI. SALES | | | | |
| | JCS-A;CUSTOM INTEGRATION 53RD +SMS. CREATE/TEST MF;JS;RL | | | | |

| | | |
|---|---|---|
| | AMOUNT | 4,860.00 |
| DISCOUNT | | 0.00 |
| | SALES | 4,860.00 |
| | SALES TAX | 0.00 |
| | TOTAL | 4,860.00 |
| | PAYMENTS RECEIVED | 0.00 |
| | BALANCE DUE | 4,860.00 |

INTEGRATED STORE SYSTEMS, INC.
Post Office Box 481
913 S. Fourth St., Suite 203
Dekalb, IL
60115

1-16133

1

Joe Caputo & Son's Palatine            Joe Caputo & Son's Palatine
2070 Rand Road                         2070 Rand Road
Palatine, IL                           Palatine, IL
600747                                 600747

05-02-2007  8477057200                 Net 30

SALES 1      05-02-2007   UPS      NET30        SHIPPER

3558     INGEN. 3RDPRTY CC SW 5-3 REQ      1   EACH   1,500.00      1,500.00

         ALGONQUIN. DUE UPON RECEIPT
         FOR WORK TO BEGIN

PAST DUE

1,500.00
0.00
1,500.00
112.50
1,612.50
0.00
1,612.50